# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Lizette Sadie Tolentino,

        Debtor.

Case No. 24-11054

Chapter 13

**Debtor's Motion to Extend Time to File Creditor Matrix**

**AND NOW**, Debtor Lizette Sadie Tolentino, by and through their attorney, moves this Court to extend time to file documents. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on March 28, 2024.

2. The list of creditors required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Matrix") was not filed with the petition, and the Court ordered that it be filed on or before April 4, 2024.

3. A debtor may request an extension of time to file the Matrix upon motion and for cause shown. 11 U.S.C. §521(i)(3); Fed. R. Bankr. P. 1007(c).

4. The Debtor is still gathering some of the information required by Counsel to prepare the Matrix and needs extra time to do so.

5. The Debtor requests an extension to file the Matrix on or before April 11, 2024.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: April 4, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to Creditor Matrix to be served on all parties on the clerk's service list through the CM/ECF system.

Date: April 4, 2024

/s/ Michael A. Cibik
Michael A. Cibik