**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 24-11054 |
|---|---|
| Lizette Sadie Tolentino, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Extend Time to File Creditor Matrix**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Creditor Matrix, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file the creditor matrix on or before April 11, 2024.

3. This case may be dismissed without further notice if the Schedules are not filed by the deadline stated in paragraph 2.

4. Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.


Date: _____

                                                Patricia M. Mayer
                                                U.S. Bankruptcy Judge