**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Lizette Sadie Tolentino,** | : | |
| Debtor. | : | Case No. 24-11054 (PMM) |

### ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Creditor Matrix (doc. #6, the "Motion");

It is hereby **ORDERED** that a **hearing** with regard to the Motion shall be held **on Thursday, April 18, 2024 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

Dated: 4/8/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge