**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 24-11054-pmm |
| Lizette Sadie Tolentino, | Chapter 13 |
| Debtor. | |

### Response to Order Scheduling Hearing

The Debtor has filed the creditor matrix and respectfully requests that the Court deny its motion to extend time.

The undersigned Counsel took note of the Court's recent order denying a motion to extend time to file the matrix in another case. Counsel brought that order to the attention of the other attorneys in this office, but one of them, in good faith, did not understand that to mean that extensions were not to be filed in the future.

Counsel has counseled the other attorneys in this office that both the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules require the creditor matrix to be filed with the petition. This office will not file motions to extend time to file the matrix in the future.

Date: April 8, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: *Michael I. Assad*
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com