**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 24-11054-pmm |
| Lizette Sadie Tolentino, | Chapter 13 |
| Debtor. | Related to ECF No. 6 |

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw Motion to Extend time to File Creditor Matrix, which was filed with the Court at ECF No. 6. Thank you.

Date: April 11, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com