Acima Credit
4th Floor
9815 South Monroe Street
Sandy, UT 84070


AES/PHEAA
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461


AES/PNC Bank
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461


American Credit Acceptance
961 E Main St
Spartanburg, SC 29302


Atlantic Capital Bank
Attn: Bankruptcy Attn: Bankruptcy
945 East Paces Ferry Road , 16th Floor
Atlanta, GA 30326


Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546


Capital One Auto Finance
Attn: Bankruptcy 7933 Preston Rd
Plano, TX 75024-2302


Chime/Stride Bank
Attn: Bankruptcy
PO Box 417
San Francisco, CA 94104-0417

First Federal Svgs & L
Pob 61047
Harrisburg, PA 17106

First Progress
Attn: Bankruptcy
PO Box 9053
Johnson City, TN 37615-9053

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Bankruptcy
200 14th Ave E
Sartell, MN 56377-4500

Lehigh County Tax Claim Bureau
17 S 7th St Rm 120
Allentown, PA 18101-2401

Lendmark
2118 Usher St.
Covington, GA 30014

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes-Barre, PA 18773-9500

Navient
Attn: Bankruptcy
PO Box 9635
Wilkes Barre, PA 18773-9635

New Jersey Turnpike
Authority
P.O. Box 5042
Woodbridge, NJ 07095

Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Pennsylvania Turnpike
Commission
300 East Park Drive
Harrisburg, PA 17111

PPL Electric Utilities
Attn: Bankruptcy
2 N 9th St
Allentown, PA 18101-1139

Repwest Insurance Company
2721 N Central Ave
Phoenix, AZ 85004

Resurgent Capital Services
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Sunrise Banks
Attn: Bankruptcy 2525 Wabash Ave
Saint Paul, MN 55114

T Mobile
4515 N Santa Fe Ave
Oklahoma City, OK 73118

TD Auto Finance
Attn: Bankruptcy
PO Box 9223
Farmington Hills, MI 48333-9223

Transworld System Inc
PO Box 15630
Wilmington, DE 19850

U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

U.S. Small Business Admin.
Office of General Counsel
409 3rd St SW
Washington, DC 20416-0011

UGI Utilities Inc.
460 N Gulph Rd
Kng of Prussa, PA 19406-2815


Verizon Communications Inc.
Attn: Bankruptcy
1095 Avenue of the Americas
New York, NY 10036-6797


Visions FCU
Attn: Bankruptcy 24 McKinley Ave
Endicott, NY 13760