**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Lizette Sadie Tolentino,**

|                |   |                          |
|----------------|---|--------------------------|
|                | : | **Chapter 13**           |
|                | : |                          |
| **Debtor**     | : | **Bky. No. 24-11054 (PMM)** |

**O R D E R**

   **AND NOW,** upon consideration of the Debtors' Motion for an Additional Extension of

Time (Doc. no. 17, "the Motion"), it is hereby **ORDERED** that:

1.  Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the
    statements, schedules and other documents required by the rules of court is **EXTENDED** to
    **May 6, 2024**.

2.  **NO FURTHER EXTENSIONS WILL BE GRANTED**.  **If the required schedules,
    statements and other documents are not timely filed, this case may be DISMISSED
    without further notice or hearing.**

3.  This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object
    to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P.
    3002(c), **PROVIDED** that the proof of claim is filed  **on or before June 25, 2024.**

4.  Within three (3) business days of the docketing and service of the notice of meeting of
    creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and
    parties in interest and shall promptly thereafter file a certification of service.

**Date:  4/26/24**

_____
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**