# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11054 |
| Lizette Sadie Tolentino, | Chapter 13 |
| Debtor. | Related to ECF No. 25 |

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw Matrix List of Creditors which was filed with the Court on May 7, 2024, as ECF No. 25. Thank you.

Date: May 7, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com