| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
#### Chapter 13 Case No. 24-11054-PMM

| | |
|---|---|
| Lizette Sadie Tolentino | Petition Filed Date: 03/28/2024 |
| 1414 S Race St | 341 Hearing Date: 06/25/2024 |
| Allentown  PA    18103-3468 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/04/2024 | $325.00 | | | | | | | |

**Total Receipts for the Period:  $325.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $325.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN CREDIT ACCEPTANCE<br>»» 001 | Secured Creditors | $18,180.18 | $0.00 | $0.00 |
| 2 | RESURGENT RECEIVABLES, LLC<br>»» 002 | Unsecured Creditors | $888.72 | $0.00 | $0.00 |
| 3 | UGI UTILITIES INC<br>»» 003 | Unsecured Creditors | $3,907.63 | $0.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $17,090.96 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $2,864.15 | $0.00 | $0.00 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $10,128.29 | $0.00 | $0.00 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $38,164.32 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $468.72 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $3,088.86 | $0.00 | $0.00 |
| 10 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $1,179.46 | $0.00 | $0.00 |
| 11 | CAPITAL ONE AUTO FINANCE<br>»» 10S | Secured Creditors | $8,284.84 | $0.00 | $0.00 |
| 12 | CAPITAL ONE AUTO FINANCE<br>»» 10U | Unsecured Creditors | $3,376.29 | $0.00 | $0.00 |
| 13 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 011 | Unsecured Creditors | $35,908.99 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11054-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $325.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $0.00 | Arrearages: | $975.00 |
| Paid to Trustee: | $32.50 | Total Plan Base: | $19,500.00 |
| Funds on Hand: | $292.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.