United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11054-pmm |
| Lizette Sadie Tolentino | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lizette Sadie Tolentino, 1414 S Race St, Allentown, PA 18103-3468 |
| 14882521 | | ECMC, Lockbox 8682 PO Box 16478, St Paul, MN 551160478 |
| 14872227 | + | First Federal Svgs & L, Pob 61047, Harrisburg, PA 17106-1047 |
| 14872228 | | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 14877591 | + | Repwest Insurance Company, 2721 N Central Ave, Phoenix, AZ 85004-1121 |
| 14877595 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 19 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 19 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14872220 | | Email/Text: bncnotifications@pheaa.org | Sep 19 2024 23:58:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14872221 | | Email/Text: bncnotifications@pheaa.org | Sep 19 2024 23:58:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14872219 | + | Email/Text: bankruptcy@acimacredit.com | Sep 19 2024 23:59:00 | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 14913714 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 20 2024 00:07:03 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 14870036 | + | Email/Text: bankruptcy@acacceptance.com | Sep 19 2024 23:59:00 | American Credit Acceptance, 961 East Main ST, Spartanburg, SC 29302-2149 |
| 14872222 | + | Email/Text: bankruptcy@acacceptance.com | Sep 19 2024 23:59:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14872224 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 19 2024 23:58:33 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14872225 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 20 2024 00:20:16 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 14891818 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:07:02 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14872226 | ^ | MEBN | Sep 19 2024 23:55:19 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 14882348 | | Email/Text: ECMCBKNotices@ecmc.org | | |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14872210 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2024 23:58:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 14872229 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 20 2024 00:07:12 | Ford Motor Credit Company, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14882520 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2024 00:20:08 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14883888 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14888842 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14877576 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14872232 | | Email/Text: bk@lendmarkfinancial.com | Sep 19 2024 23:59:00 | Jefferson Capital Systems,LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14872231 | ^ | MEBN | Sep 19 2024 23:57:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 14877587 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 19 2024 23:55:14 | Lehigh County Tax Claim Bureau, 17 S 7th St Rm 120, Allentown, PA 18101-2401 |
| 14872233 | | Email/PDF: pa_dc_claims@navient.com | Sep 19 2024 23:58:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14872234 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 20 2024 00:06:15 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14883473 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 20 2024 00:30:47 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14872235 | | Email/Text: fesbank@attorneygeneral.gov | Sep 19 2024 23:58:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14877590 | ^ | MEBN | Sep 19 2024 23:58:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14872236 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:55:27 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1139 |
| 14872237 | ^ | MEBN | Sep 19 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14877589 | ^ | MEBN | Sep 19 2024 23:55:40 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14871428 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 23:55:52 | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14872223 | + | Email/Text: bankruptcy@self.inc | Sep 20 2024 00:07:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14872238 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Sep 19 2024 23:58:00 | Atlantic Capital Bank, Attn: Bankruptcy Attn: Bankruptcy, 945 East Paces Ferry Road , 16th Floor, Atlanta, GA 30326 |
| 14877592 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2024 23:58:00 | Sunrise Banks, Attn: Bankruptcy 2525 Wabash Ave, Saint Paul, MN 55114-1020 |
| 14872239 | | Email/Text: jaxbanko@td.com | Sep 20 2024 00:07:12 | T Mobile, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14877593 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 19 2024 23:57:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 14872240 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 19 2024 23:59:00 | Transworld System Inc, PO Box 15630, Wilmington, DE 19850-5630 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 19 2024 23:59:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14872241 | ^ | MEBN | Sep 19 2024 23:55:29 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14877594 | | Email/Text: bankruptcynotices@sba.gov | Sep 19 2024 23:57:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 14874372 | | Email/Text: bkrcy@ugi.com | Sep 19 2024 23:59:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 14872242 | | Email/Text: bankruptcy@visionsfcu.org | Sep 19 2024 23:58:00 | Visions FCU, Attn: Bankruptcy 24 McKinley Ave, Endicott, NY 13760 |
| 14891161 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:06:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14877596 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2024 23:57:00 | Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |
| 14891679 | | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:07:10 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14872230 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14877588 | *P++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001, address filed with court:, Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14877575 | *P++ | SELF INC, 901 E 6TH STREET SUITE 400, AUSTIN TX 78702-3239, address filed with court:, Atlantic Capital Bank, Attn: Bankruptcy Attn: Bankruptcy, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Lizette Sadie Tolentino help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 50

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Lizette Sadie Tolentino<br><br>                      Debtor | Chapter 13<br><br>Bankruptcy No. 24-11054-PMM |

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 19, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE