# Cibik Law, P.C. — INVOICE

1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Invoice # 1
Date: 10/04/2024
Due On: 11/03/2024

Lizette Sadie Tolentino
1414 S Race St
Allentown, PA 18103

## 2405-Tolentino

## Bankruptcy 24-11054

| Date | Employee | Notes | Quantity | Total |
|---|---|---|---|---|
| 03/21/2024 | MAC | A106 Communicate (with client) B110 Case Administration: Initial Consultation - discussed objectives with client, performed an initial financial analysis, and answered questions. | 1.50 | $525.00 |
| 03/28/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted bankruptcy petition and SSN statement. | 0.40 | $140.00 |
| 03/28/2024 | IR | A111 Other B110 Case Administration: Filed bankruptcy petition and SSN statement. | 0.10 | $15.00 |
| 04/08/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted creditor matrix. | 0.60 | $210.00 |
| 04/08/2024 | IR | A111 Other B110 Case Administration: Filed creditor matrix. | 0.10 | $15.00 |
| 04/11/2024 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed motion to extend time to file schedules. | 0.20 | $30.00 |
| 04/24/2024 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed motion to extend time to file schedules. | 0.20 | $30.00 |
| 05/06/2024 | EJG | A104 Review/analyze B110 Case Administration: Reviewed credit report, paystubs, and other financial documentation. | 1.00 | $350.00 |
| 05/06/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted schedules, statements, and other documents. | 2.50 | $875.00 |
| 05/06/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted chapter 13 plan. | 1.00 | $350.00 |
| 05/06/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted means test. | 0.10 | $35.00 |
| 05/06/2024 | IR | A111 Other B110 Case Administration: Filed schedules, statements and other documents, chapter 13 plan, and means test. | 0.10 | $15.00 |
| 06/25/2024 | EJG | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented debtor at 341(a) meeting of creditors. | 0.40 | $140.00 |

| Date | | Description | Quantity | Amount |
|---|---|---|---|---|
| 10/04/2024 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time slips and drafted fee application. | 0.40 | $140.00 |
| | | **Quantity Subtotal** | | **8.6** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Cibik | Principal Attorney | 1.5 | $350.00 | $525.00 |
| Edward Gruber | Deputy Attorney | 6.4 | $350.00 | $2,240.00 |
| Iesha Reid | Senior Paralegal | 0.7 | $150.00 | $105.00 |
| | **Quantity Total** | | | **8.6** |
| | **Subtotal** | | | **$2,870.00** |
| | **Total** | | | **$2,870.00** |
| | **Retainer (03/27/2024)** | | | **-$2,075.00** |
| | **Balance Owing** | | | **$795.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | 11/03/2024 | $2,870.00 | $2,075.00 | $795.00 |
| | | | **Outstanding Balance** | **$795.00** |
| | | | **Total Amount Outstanding** | **$795.00** |

Please make all amounts payable to: Cibik Law, P.C.

Please pay within 30 days.