# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Lizette Sadie Tolentino,

        Debtor.

Case No. 24-11054-PMM

Chapter 13

## Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Scott F. Waterman (CM/ECF)

U.S. Trustee (CM/ECF)

Lizette Sadie Tolentino
1414 S Race St
Allentown, PA 18103-3468

Date: October 4, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com